UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-MJ-258 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JAMES JEREMY BRISCOE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

Distribution of Crack Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

<u>Date of Detention Hearing</u>:   June 13, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

(2) Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

01       (3)    There are no conditions or combination of conditions other than detention that
02 will reasonably assure the appearance of defendant as required or ensure the safety of the
03 community.

04       IT IS THEREFORE ORDERED:

05       (1)    Defendant shall be detained pending trial and committed to the custody of the
06             Attorney General for confinement in a correction facility separate, to the extent
07             practicable, from persons awaiting or serving sentences or being held in custody
08             pending appeal;

09       (2)    Defendant shall be afforded reasonable opportunity for private consultation with
10             counsel;

11       (3)    On order of a court of the United States or on request of an attorney for the
12             government, the person in charge of the corrections facility in which defendant
13             is confined shall deliver the defendant to a United States Marshal for the purpose
14             of an appearance in connection with a court proceeding; and

15       (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
16             counsel for the defendant, to the United States Marshal, and to the United States
17             Pretrial Services Officer.

18       DATED this 13th day of June, 2007.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER      15.13
18 U.S.C. § 3142(i)      Rev. 1/91
PAGE 2